Elizabeth A. C. Mecum v. C. Adelbert Becker.— Motion granted. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Tenement House Department v. Lucy A. McDevitt.— Motion granted. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Margaret A. Lynch v. Anna Murphy.— Motion granted. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Cristoforo Manauzza v. L. Mundet & Son, Incorporated.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Carolina Bosia, as Administratrix, v. Pittsburgh Contracting Company, — Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Perle W. Root v. John M. Brainard.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Cecelia De Mitry v. Olin J. Stephens, Incorporated. Ulisse De Mitry v. Olin J. Stephens, Incorporated.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Perle W. Root v. John M. Brainard.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Ellen G. Tiern v. Simon M. Platt.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Nathan Marcus and Another v. Fidelity and Deposit Company of Maryand.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Voron & Chait, Incorporated.— Reargument ordered. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Horace A. Demarest v. Frank A. Carr.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

The Famobrosis Society v. Royal Benefit Society.— Motion for stay granted, without costs, on condition that appeal is brought on for argument in January, 1915; unless case is so argued plaintiff may move to vacate stay. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Interboro Rapid Transit Company (Eighth Avenue and One Hundred and Sixty-second Street Connection).— Motion granted. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

William B. Cagney v. William C. Daly.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.